UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EUGENIUSZ SKRZECZKOWSKI (AND WIFE            AKH) 07cv4517
ALICIA SKRZECZKOWSKI),

                Plaintiffs,                                    ANSWER

   -against-

90 CHAMBERS REALTY LLC, 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP,
INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PROPERTIES CORPORTION, BROOKFIELD
PROPERTIES HOLDINGS, INC., ENVIROTECH CLEAN AIR INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP., LLC, HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO., INC., NEW YORK UNIVERSITY, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC.,
R Y MANAGEMENT CO., INC., R Y MANAGEMENT STRUCTURE TONE
(UK) INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES
REALTY O., TOSCORP INC., TUCKER ANTHONY, INC.,
VERIZON COMMUNICATIONS, INC., VERION PROPERTIES, INC.,
WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO., G.P.,
CORP., WFP TOWER A CO., L.P., WFP TOWER B CO. G.P. CORP. WFP TOWER
B HOLDING CO., LP AND WFP TOWER B CO., L.P., ET AL.

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

    Yours, etc.

    FRIEDMAN, HARFENIST, LANGER & KRAUT
    Attorneys for Defendant –Envirotech
    3000 Marcus Avenue, Suite 2E1
    Lake Success, New York 11042
    (516) 775-5800

    BY: _____
          Heather L. Smar (4622)