Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

EUGENIUSZ SKRZECKOWSKI (AND WIFE,      Index No.: 07-CV-4517
ALICJA SKRZECKOWSKI),

               Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER
TO MASTER COMPLAINT**

    -against-
                                    **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

               Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED

PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY &

KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced

action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in

the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and

BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as

against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       September 7, 2007

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendants
                                  90 CHURCH STREET LIMITED PARTNERSHIP
                                  and BOSTON PROPERTIES, INC.

                                  By: _____
                                     Richard E. Leff (RL-2123)
                                     80 Broad Street, 23rd Floor
                                     New York, New York 10004
                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel