UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                 :
-----------------------------------------------------------------X
EUGENIUSZ SKRZECZKOWSKI (AND WIFE,      :  07-CV-4517-AKH
ALICJA SKRZECZKOWSKI),                                    :
                                                                 :
                              Plaintiff,      :  **APPEARANCE**
                                                                 :
   - against -                                      :
                                                                 :
90 CHURCH STREET LIMITED                :  **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,                              :
                                                                 :
                             Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
        October 3, 2007
                                       By:   /s/ Judith R. Cohen
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501
                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.