Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

―――――――――――――――――――X

EUGENIUSZ SKRZECZKOWSKI (AND WIFE,
ALICJA SKRZECZKOWSKI)
                                             **NOTICE OF**
             V.                              **ADOPTION**

110 CHURCH LLC, ET. AL.                      CASE NUMBER: (AKH)
                                             07 CV 4517
―――――――――――――――――――X

PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
       May 23, 2008

                                    Faust, Goetz, Schenker & Blee, LLP

                                    _____
                                    By: Ida A. Caputo (IC-9208)
                                    Attorneys for the Brookfield Parties
                                    Two Rector Street, 20th Floor
                                    New York, NY 10006
                                    (212) 363-6900